ASOCIACIÓN DE DOCTORES EN MEDICINA AL CUIDADO DE LA SALUD VISUAL, INC., ETC., demandantes y recurridos, v. DRA. IVETTE MORALES y COLEGIO DE OPTÓMETRAS DE PUERTO RICO, demandados, TRIBUNAL EXAMINADOR DE MÉDICOS DE PUERTO RICO, peticionario, y ACADEMIA PUERTORRIQUEÑA DE OFTALMOLOGÍA, INC., interventora.

*Número:* MC-89-59     *Resuelto:* 26 de septiembre de 1989

I

*Abrahán Díaz González*, abogado del peticionario.

## RESOLUCIÓN

### I

Se trata de una solicitud de prórroga para presentar un *certiorari*, fundamentada en los contratiempos confrontados por el peticionario como resultado del huracán Hugo. Tomamos conocimiento judicial de los daños causados por dicho siniestro, particularmente sus efectos sobre el servicio de energía eléctrica, agua y alcantarillado en toda la isla.

### II

Por trascender los efectos del huracán más allá de la situación particular del caso de autos, no haberse provisto un

procedimiento específico en las leyes o reglas procesales pertinentes, y al tomar en consideración los requisitos del debido proceso de ley, el Tribunal estima necesario hacer un pronunciamiento respecto a la forma de computar los términos vigentes y plazos acaecidos para comparecer y presentar distintos escritos y argumentos ante los tribunales del país.

A tal efecto, al amparo de nuestra facultad inherente de reglamentar los procedimientos, se dispone para que en el cómputo de los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos en los trámites judiciales, se excluyan los días comprendidos entre el 18 de septiembre y el 2 de octubre de 1989.

Se ordena la inmediata difusión de esta resolución y, además, su publicación por la Oficina de la Compiladora y Publicista de Jurisprudencia, la Oficina de la Administración de los Tribunales, el Colegio de Abogados de Puerto Rico y Publicaciones J.T.S.

*Notifíquese por la vía telefónica y por escrito.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*